UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8-13-CR-387-T-30AEP
 21 U.S.C. § 841(a)(1)
GARY WAYNE BISHOP  21 U.S.C. § 853- (Forfeiture)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 10, 2013, in the Middle District of Florida, defendant,

GARY WAYNE BISHOP,

did knowingly and intentionally possess with intent to distribute five (5) grams or more of methamphetamine (actual) and fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

1

2. Upon his conviction of any or all of the violations alleged in Count One, punishable by imprisonment for more than one year, the defendant,

**GARY WAYNE BISHOP,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his right, title and interest in:

    a. any property constituting, or derived from, any proceeds defendant obtained, directly or indirectly, as a result of such violations; and,

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred, sold to or deposited with a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
SHAUNA S. HALE
Assistant United States Attorney

By: _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics Section

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

GARY WAYNE BISHOP

## INDICTMENT

Violations:

Title21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of August, 2013.

_____
Clerk

Bail $_____