**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:13-cr-387-T-30AEP | DATE: | 8/8/13 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA v. GARY WAYNE BISHOP | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL** Shauna Hale, AUSA | |
| | | **DEFENSE COUNSEL** Frank Zaremba, AFPD | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lynne Vito |
| **TIME** 2:52 to 2:55 | **TOTAL:** min | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS: INITIAL APPEARANCE, ARRAIGNMENT and BOND HEARING**

[X]   DEFENDANT PRESENT; ARRESTED ON 8/8/13
[X]   COURT SUMMARIZED CHARGES
[X]   DEFENSE ATTORNEYS: financial affidavit submitted; AFPD appointed.

[X]   Bond: government is seeking detention
      Defendant: reserve on the issue of bond

[X]   INDICTMENT FILED AND COPIED TO DEFENDANT
[X]   DEFENDANT WAIVED READING OF INDICTMENT
[X]   NOT GUILTY PLEA ENTERED AS TO COUNTS: ALL

[X]   TRIAL: SET FOR THE OCTOBER 2013 TRIAL TERM BEGINNING 9/30/13 BEFORE JUDGE MOODY
      STATUS CONFERENCE SEPTEMBER 5, 2013 at 8:30 AM BEFORE JUDGE MOODY

[X]   GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)
      (Copy of these minutes sent to magistrate judge CRD)

[X]   PRE-TRIAL DISCOVERY ORDER to be electronically filed
[ ]   REFERRED TO MAGISTRATE JUDGE _____ FOR PRE-TRIAL DISCOVERY ORDER.